IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **HARVEY LEROY SOSSAMON, III,** <br> **TDCJ No. 01120297,** <br><br> **Plaintiff,** <br><br> v. <br><br> **LONESTAR STATE OF TEXAS, et al.,** <br><br> **Defendants.** | § § § § § § § § § § § | Civil Action No. 7:23-cv-115-O |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice as barred by the three strikes provision of 28 U.S.C. § 1915(g).

**SIGNED** this **27th day** of **November, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**